IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| **PEOPLE OF THE VIRGIN ISLANDS** | ) | **CRIMINAL NO. 2012-35-001** |
| | ) | **USM# 64491-112** |
| | ) | |
| **V** | ) | |
| | ) | |
| | ) | |
| **HANSEL O. BAILEY** | ) | |
| | ) | |
| | ) | |
| **DEFENDANT,** | ) | |
| | ) | |
| | ) | |

## AMENDED JUDGMENT OF COMMITMENT

On January 9, 2014, the government appeared through Assistant United States Attorney Kim Chisholm. Defendant Hansel O. Bailey appeared in person and with counsel Jason B. Freeman, Esquire.

The defendant, having pleaded Not Guilty to the charges in the Indictment and having demanded a jury trial, proceeded to trial on July 8th, 9th, 10th and 11th 2013. On July 11, 2013, the jury found the defendant GUILTY of Count 2, Conspiracy to Evade or Defeat Tax, a violation of Title 33 V.I.C. § 1522.

It is ADJUDGED that the defendant has been convicted upon the offense of Count 2, Conspiracy to Evade or Defeat Tax, a violation of Title 33 V.I.C. § 1522, as charged.

People v Hansel Bailey
Cr.2012-35-001
Page 2 Judgment and Commitment

This matter was referred to the U.S. Probation Office for a pre-sentence investigation report, which has been filed with the Court. Further, the defendant was given an opportunity to make a statement on his own behalf. There being no legal cause why sentence should not be pronounced and no sufficient cause to the contrary being shown or appearing to the Court. Accordingly, it is

ORDERED that the defendant is hereby committed to the custody of the Bureau of Corrections of the Virgin Islands, for a term of Sixty (60) months on Count 2, to be served concurrently with the sentence imposed on the federal charge in Count 1.

IT IS FURTHER ORDERED that during incarceration, the defendant shall enroll in some course of study. It can be vocational, technical, or college preparatory.

IT IS FURTHER ORDERED that the federal sentence shall be served first. Within 72 hours of release from custody, the defendant shall report to the United States Probation Office in the District of the Virgin Islands to serve a three (3) year term of supervised release, as imposed on the federal offense.

IT IS FURTHER ORDERED that defendant Hansel Bailey, shall pay restitution in the amount of $821,094. That obligation is joint and several with co-defendant David Haddow. Payment shall be made to the Virgin Islands Bureau of Internal Revenue. A payment schedule shall be determined by the Probation Office, based on the defendant's ability to pay throughout his term of supervised release.

IT IS FURTHER ORDERED that the Clerk shall deliver a certified copy of this judgment and commitment to the Virgin Islands Bureau of Corrections, and that copy shall serve as the commitment of the defendant.

ENTERED this ___14th___ day of ___August___, 2014.

CURTIS V. GÒMEZ,
DISTRICT JUDGE